UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY J. YU, et al.,

    Plaintiffs,

v.

MAE-LIN MENDOZA, et al.,

    Defendants.

Case No. 4:21-cv-09039-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

On December 16, 2021, Plaintiff Gregory J. Yu filed a notice of pendency of other actions or proceedings. (Dkt. No. 11.)  Therein, he informed the Court of *Mendoza v. Yu,* 21-cv-08632-TSH, which is currently pending in this district, and appears to be related to the instant case.

Accordingly, pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Thomas S. Hixson for consideration of whether the case is related to *Mendoza v. Yu*, 21-cv-08632-TSH.

**IT IS SO ORDERED.**

Dated: December 17, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge