GREGORY J. YU
150 Bella Vista Drive
Hillsborough, CA  94010-6261
Telephone: (650) 678-2408
Facsimile:  (650) 403-0881
E-mail:  glgroup@inreach.com

Plaintiff *Pro Se*
GREGORY J. YU

PETER R. BOUTIN, SBN 65261
peter.boutin@kyl.com
MICHELLE L. ABDOLHOSSEINI, SBN 318028
michelle.abdolhosseini@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, CA  94133
Telephone:  (415) 398-6000
Facsimile:   (415) 981-0136

Attorneys for Defendants
MORGAN STANLEY SMITH BARNEY LLC
and MORGAN STANLEY & CO., LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)**

| | |
|---|---|
| GREGORY J. YU, co-trustee and co-beneficiary under GRACE C. YU TRUST, GRACE YU IRREVOCABLE TRUST, and MASON K. YU TRUST, and co-trustee under CHEN-YU IRREVOCABLE TRUST; and JASON T. YU, Beneficiary under CHEN-YU IRREVOCABLE TRUST,<br><br>         Plaintiffs,<br><br>vs.<br><br>MAE-LIN MENDOZA, ROY MENDOZA, BENNETT W. YU, AMY H. YU, MORGAN STANLEY SMITH BARNEY LLC, MORGAN STANLEY & CO., LLC, MASON K. YU, JR., and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No.:  21-CV-09039-YGR<br><br>**JOINT STIPULATION OF PLAINTIFF GREGORY J. YU AND DEFENDANTS MORGAN STANLEY SMITH BARNEY LLC AND MORGAN STANLEY & CO., LLC TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>[PROPOSED] ORDER THEREON<br><br>[Civil L.R. 6-2]<br><br>Honorable Yvonne Gonzalez Rogers |

Plaintiff Gregory J. Yu and defendants Morgan Stanley Smith Barney LLC and Morgan Stanley & Co., LLC (together, "Morgan Stanley Defendants"), as parties in the instant case, so stipulate as follows:

WHEREAS, Morgan Stanley Defendants were served with plaintiffs' Second Amended Complaint ("the SAC") on February 24, 2022, and were allowed 21 days to respond to the SAC, according to the Court order of February 16, 2022 (Dkt 45);

WHEREAS, plaintiff Jason T. Yu and Morgan Stanley Defendants are consenting to proceed with arbitration pursuant to certain operative agreements in force;

WHEREAS, Morgan Stanley Defendants have requested plaintiff Gregory J. Yu to submit various claims in the SAC against them as defendants to arbitration pursuant to certain operative agreements in force, but he has declined to so submit at this time;

WHEREAS, plaintiff Gregory J. Yu and Morgan Stanley Defendants are evaluating and engaging in constructive settlement discussions over certain issues in dispute;

NOW THEREFORE IT IS HEREBY STIPULATED THAT Morgan Stanley Defendants will have an additional fourteen (14) days following the original due date of March 17, 2022 to respond to the SAC.

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

DATED:  March 16, 2022                /s/ Gregory J. Yu                              .

Respectfully submitted,

DATED:  March 16, 2022                **GREGORY J. YU**[1]
                                      Plaintiff *Pro Se*

                                      By:       /s/ Gregory J. Yu

---

[1] Under Civil L.R. 5-1, I hereby attest that all of the signatories listed below, and on whose behalf the within filing is submitted, as the case may be, concur in the filing's content and have authorized its filing.

JOINT STIPULATION TO EXTEND TIME TO RESPOND
TO SECOND AMENDED COMPLAINT                                  CASE NO. 21-CV-09039-YGR

Dated: March 16, 2022

PETER R. BOUTIN
MICHELLE L. ABDOLHOSSEINI
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
**MORGAN STANLEY SMITH BARNEY LLC and MORGAN STANLEY & CO., LLC**

By:  /s/ Peter R. Boutin

[PROPOSED] ORDER

THE ABOVE STIPULATION AS FILED IS SO ORDERED.

DATE: _____

HON. YVONNE GONZALEZ ROGERS
United States District Court Judge